CODE: 800

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

EMCF-15- 990

First Step Respondent:
Location: Capt Lindow

Offenders' Name and No: Carlos Foxx # 101889
    Unit: EMCF

Date of incident                                                                OT-21

☒ **ACCEPTED:** This request comes to you from the Legal Claims Adjudicator. See the attached request from the offender. **Please return your response to this office within 30 days of this date.**

☐ **REJECTED:** Your request has been rejected for the following reason(s):

   ☐ Relief is beyond the power of the Mississippi Department of Corrections to grant

   ☐ The complaint concerns an action not yet taken or a decision which has not yet been made

   ☐ There has been a time lapse of more the fifteen (15) days between the **RVR** and the initial request
      Incident happened on _____ and received in this office on _____.

   ☐ There has been a time lapse of more the fifteen (30) days between the event and the initial request:
      Incident happened on _____ and received in this officer on _____.

   ☐ The Mississippi Department of Corrections does not handle Parole Board matters

_____                          5/11/15
Legal Claims Adjudicator                              Date


EXHIBIT A

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## ARP SCREENING FORM

NAME: Carlos Foxx  MDOC NO. 101889  UNIT: EMCF

DATE WRITTEN: 2/12/15  DATE OF INCIDENT: _____

CODE: 800  ACCEPTED: X  REJECTED: _____

OP-21

FIRST STEP RESPONDENT: _____

SUMMARY OF COMPLAINT: Claim Capt. Roberts and unit Manager Hodges refused to provide protection.

COMMENTS: _____



# East Mississippi Correctional Facility

## ARP
## THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

Inmate Name: Carlos Foxx
MDOC#: 101889
Housing Unit: 2-D #107

Date of Incident: 2/11/15
Time of Incident: AM 10:56
Place of Incident: 2-D E.M.C.F

Alleged complaint: Due to my protection from harm by MDOC standards. I gotten stabbed over on 2-D back in 2012 of the end of year to 2013, so I told the administration that I wouldn't feel comfortable back out & around the same guys that stabb me. I didn't know there real name, but I gave nick name, which they knew who I was relating to. I was forced on 2-D by Capt Roberts and unit Manager Hodges after I told them I fear for my life. Hodges have grudes with me offender Foxx because I have put a ARP on him due to him harrassing me and I never got my 2 step back in almost 7 months

Relief Requested: This concern will be shown due to inmate handbooks by proffessional acts and that they need to be fired by putting such person life in danger after I repeatedly told them and I was forced.

Inmate Signature: Carlos Foxx
Today's Date: 2/11/15

H:\ARP Form—2012.doc          Revision No: 3   Issue Date: 8/2012

ARP-2

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

NUMBER  EMCF - 15 - 990

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: Carlos Foxx 101889                              EMCF
    Inmate's Name and DOC#                          Housing Unit

FROM: Capt Nordou                                   EMCF
    Person to whom 1st Step is Directed             Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

Mr. Fox Inmates are housed in the institution based on classification levels, security and mental health status. Being a medium custody offender with no red tags or keep separates on housing unit 2A you were housed on that unit. On 2-11-15 you received an RVR for being in an unauthorized area and exiting H2 Delta without permission. Your refusal of housing warranted you being placed in administrative segregation. You were properly housed on unit 2 Delta.

_____          5-13-15
Signature                         Date

(X) I am not satisfied with this response and wish to proceed to Step Two.
REASON:
    Concerned

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

_____          _____
Inmate's Signature    DOC#                  Date

Legal Claims Adjudicator - ORIGINAL

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

### EMCF 15-990
### Second Step Response Form

You must respond to the inmate within 45 days of receipt of theappeal of the First Step Response.

Inmate's Name & #: **Carlos Foxx #101889**
Location: **EMCF**

From: **Warden N. Hogans**
Title: **Facility Warden**

---

Your request for Administrative Remedy has been received and reviewed in this office on February 12, 2015 concerning your claim that you were refused protection.

As stated in your First Step Response, Captain Naidow explained to you why you were housed on Housing Unit 2. You were medium custody with no red tags or keep separate. You were placed in Administrative Segregation because you received an RVR for being in an unauthorized area and then refusing housing. Please contact your Case Manager for Red Tags.

I trust that I have answered your concerns pertaining to your complaint and you consider this matter closed.


_____          5/19/2015
           Signature                        Date

---

The above named inmate has fulfilled the requirements of the Administrative Remedy Program and is eligible to seek judicial review within 30 days of receipt of the Second Step Response.

_____
Inmate's Signature  DOC #  Date