# Drill Down Detail Report
## FOXX, CARLOS  -  07/15/2015 12:35

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Booking | # A | 02/27/2004 09:10:00 | MONTGOMERY, LATISHA |
| New Prisoner | NORTH MISSISSIPPI COUNTY JAIL, COAHOMA CJ | 02/27/2004 09:10:00 | MONTGOMERY, LATISHA |
| New Prisoner | CMCF, CMCF QB, BLD C, ZONE C, BED 0281 | 06/16/2004 13:53:00 | SMITH, SHELBY |
| Administrative Move | WGCF | 07/07/2004 10:07:00 | TAYLOR, VANESSA |
| Incident | OFFNEDER VIOLATED RULE #31; USING ABUSIVE LANGUAGE | 08/10/2004 14:00:00 | CATES, EDDIE |
| Incident | 617987 RVR # 4 ENGAGING IN SEXUAL ACTS WITH OTHERS BY THE SPECFIC ACT OF MASTURBATING TOWARDS THE OFFICER | 10/20/2004 18:32:00 | PATRICK, STEPHANIE |
| Incident | RVR#632721 VIOLATED RULE # 9: POSSESSION OF CONTRABAND BY HAVING MISCELLANEOUS ITEMS | 01/22/2005 10:08:00 | PATRICK, STEPHANIE |
| Incident | RVR# 633025 VIOLATED RULE# 4: ENGAGING IN SEXUAL ACTS BY MASTURBATING | 02/08/2005 09:40:00 | PATRICK, STEPHANIE |
| Incident | RVR# 633377 VIOLATED RULE# 22: IN UNAUTHORIZED AREA BY LEAVING CLASSROOM W/O PERMISSION | 02/10/2005 14:35:00 | PATRICK, STEPHANIE |
| Incident | RVR#668760 VIOLATED RULE#4: ENGAGING IN SEXUAL ACTS BY MASTURBATING TOWARDS OFFICER | 06/20/2005 19:30:00 | JENNINGS, ALEICIA |
| Expirtn Sent | CLOSED RECORD | 02/14/2006 00:00:00 | GRIFFIN, TAMMY J YARBROUGH |
| Expiration/Prob | NORTH CC, COAHOMA CC | 02/14/2006 00:01:00 | WASHINGTON, JO DENISE |
| Booking | # B | 11/23/2009 16:59:00 | JOHNS, MARTHA |
| Release | Probation Revoked | 11/23/2009 16:59:00 | JOHNS, MARTHA |
| Prob Rev Tech | NORTH MISSISSIPPI COUNTY JAIL, COAHOMA CJ | 11/23/2009 17:00:00 | JOHNS, MARTHA |
| Prob Rev Tech | CMCF, CMCF QB, BLD C, ZONE B, BED 0195 | 11/25/2009 16:00:00 | TAYLOR, VANESSA |
| Administrative Move | EAST MISS. CCF | 12/23/2009 09:26:00 | TAYLOR, VANESSA |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD D, BED 108L | 12/23/2009 14:46:00 | GRAHAM, JOYCE |
| Incident | On January 24, 2010 at approximately 02:20 hours, Offender Carlos Foxx MDOC# 101889 approached Security Staff as they were making rounds. Carlos Foxx MDOC# 101889 stated that he was having pains from his colostomy bag. Security Staff then called the Medic | 01/24/2010 03:40:00 | RICE, MICHAEL |
| Administrative Move | EAST MISS. CCF, EMCF MEDICAL, BED 0522 | 01/25/2010 20:00:00 | ORTIZ, VICTOR BERMUDEZ |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD D, BED 108L | 01/26/2010 20:00:00 | ORTIZ, VICTOR BERMUDEZ |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD C, BED 212L | 02/24/2010 15:57:00 | GRAHAM, JOYCE |
| Incident | On March 08, 2010 at approximately 0500 hours, Offender Carlos Fox was transported to Jeff Anderson Regional Medical Hospital for a schedule surgery. The offender underwent a surgical procedure to have his colostomy reversed. After the offender came out o | 03/09/2010 07:21:00 | ROCCO, JOHN |
| Administrative Move | EAST MISS. CCF, EMCF MEDICAL, BED 0522 | 03/09/2010 20:00:00 | ORTIZ, VICTOR BERMUDEZ |
| Administrative Move - Medical | NOT APPLICABLE TEMPORARY MOVEMENT-BED HELD, JEFF ANDERSON MEMORIAL HOSPITAL | 03/11/2010 15:04:00 | HAYGOOD, GAIL |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD A, BED 202L | 03/12/2010 15:21:00 | GRAHAM, JOYCE |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD A, BED 109T | 06/04/2010 15:09:00 | THOMAS, TRACY L |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD A, BED 106L | 07/20/2010 10:49:00 | GRAHAM, JOYCE |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD A, BED 207T | 07/22/2010 16:02:00 | GRAHAM, JOYCE |
| IN Transit | CMCF | 11/18/2010 12:01:00 | HAYGOOD, GAIL |
| IN Transit | CMCF, CMCF 720, BLD C, ZON[E] | 11/18/2010 12:22:00 | ROBINSON, TANEESHA |
| Administrative Move | CMCF, CMCF 720, BLD A, ZON[E] | 11/19/2010 | JACKSON, MICHELLE |

EXHIBIT B

# Drill Down Detail Report
## FOXX, CARLOS   -   07/15/2015 12:36

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Incident | on the above date and time offender foxx was walking during count | 10:05:00 12/07/2010 | BANKS, CAPRICE |
| ADM Seg - PC | CMCF, CMCF R&C, ZONE I, BED 0176 | 09:42:00 01/18/2011 | DAVIS, ANITA |
| Administrative Move | CMCF, CMCF 720, BLD C, ZONE B, BED 0097T | 11:50:00 01/26/2011 | YOUNGER, LASONYA |
| Administrative Move | CMCF, CMCF 720, BLD C, ZONE B, BED 0161 | 11:10:00 01/26/2011 | LADNER, BRIAN |
| Incident | on the above date and time offender foxx was observed in a unauthized area he is housed on b-2 | 15:07:00 02/04/2011 | BANKS, CAPRICE |
| Administrative Move | CMCF, CMCF 720, BLD B, ZONE D, BED 0319T | 16:30:00 02/05/2011 | SPANN, ROLAND |
| Error Correct | CMCF, CMCF 720, BLD B, ZONE D, BED 0318 | 00:00:00 02/07/2011 | LADNER, BRIAN |
| ADM Seg - PC | CMCF, CMCF R&C, ZONE I, BED 0177 | 10:54:00 02/15/2011 | JOHNSON, MICHAEL |
| Administrative Move | CMCF, CMCF 720, BLD B, ZONE D, BED 0272 | 22:36:00 03/02/2011 | LADNER, BRIAN |
| Administrative Move | CMCF, CMCF 720, BLD C, ZONE A, BED 0078 | 10:56:00 03/02/2011 | YOUNGER, LASONYA |
| Administrative Move | CMCF, CMCF 720, BLD B, ZONE D, BED 0246 | 12:05:00 04/04/2011 | LADNER, BRIAN |
| ADM Seg - PC | CMCF, CMCF 720 MAX, BED 0015 | 15:01:00 04/13/2011 | CANNON, NATHANIEL |
| Incident | on the above date and time i ofc smith were passing out dinner trays to msu offender i ofc smith observed offender foxx in cell 15 masterbating | 20:22:00 04/17/2011 | BANKS, CAPRICE |
| Incident | on the above date and time i ofc hackett ordered offender foxx to stop fishing in msu several times and he continued when i ordered him to stop | 16:15:00 04/29/2011 | BANKS, CAPRICE |
| Incident | on the above date and time i ofc hackett was conducting count on msu when offender carlos foxx verbally attacked me by saying fuck you bitch ass nigger | 16:00:00 04/30/2011 | BANKS, CAPRICE |
| Court Order | NORTH MISSISSIPPI COUNTY JAIL, COAHOMA CJ | 19:10:00 05/02/2011 | SMITH, SHELBY |
| Return Court Order | CMCF, CMCF R&C, ZONE F, BED 0114 | 09:20:00 05/05/2011 | FRY, KATTIE |
| Administrative Move | CMCF, CMCF 720, BLD A, ZONE C, BED 0191T | 13:55:00 05/19/2011 | SMITH, SHELBY |
| Administrative Move | CMCF, CMCF 720, BLD B, ZONE A, BED 0027 | 12:08:00 05/19/2011 | BONE, DENISE |
| Administrative Move | CMCF, CMCF 720, BLD C, ZONE A, BED 0010 | 12:52:00 06/10/2011 | LADNER, BRIAN |
| No Movement Reason Found | CMCF, CMCF 720, BLD A, ZONE C, BED 0198 | 11:01:00 06/13/2011 | LADNER, BRIAN |
| Incident | On the above date at approximately 1005 hours, I Officer Kelvin Rhodes, along with Lt. Carlos Funchess, and Sgt. Peggy Burks enter C1-B zone to conduct a security search. During this search, a Nokia cell phone and charger was found on Offender Jermaine B | 15:51:00 06/14/2011 | FUNCHESS, CARLOS S |
| Administrative Move | CMCF, CMCF 720, BLD B, ZONE D, BED 0280 | 11:21:00 06/14/2011 | LADNER, BRIAN |
| Incident | on the above date and time offender foxx was found in possession of a sharpened object | 12:59:00 06/17/2011 | BANKS, CAPRICE |
| Incident | ON THE ABOVE DATE AND TIME I OFC EVANS OBSERVED FOXX GET STRUCK IN THE FACE BY OFFENDER URIAS WALTER | 10:30:00 07/19/2011 | BANKS, CAPRICE |
| No Movement Reason Found | CMCF, CMCF 720 MAX, BED 0013 | 18:51:00 07/19/2011 | DUPREE, ANDREA A |
| Administrative Move | CMCF, CMCF 720, BLD B, ZONE C, BED 0199T | 21:06:00 07/29/2011 | JENKINS, GERALD |
| IN Transit | EAST MISS. CCF | 14:33:00 08/22/2011 | JACKSON, MICHELLE |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD A, BED 202L | 09:54:00 08/22/2011 | GRAHAM, JOYCE |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD A, BED 201L | 16:10:00 08/23/2011 | BROWN, JAIMIE R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD A, BED 201T | 19:30:00 09/21/2011 10:22:00 | DYKES, CHRISTOPHER O |

Page 2 continued on Page 3

# Drill Down Detail Report
## FOXX, CARLOS  -  07/15/2015 12:36

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD A, BED 210L | 09/21/2011 10:24:00 | DYKES, CHRISTOPHER O |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 1, POD B, BED 111T | 01/17/2012 12:29:00 | JONES, SIMONE M |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 2, POD D, BED 109T | 06/06/2012 00:00:00 | JACKSON, ROSIE MARIE |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 2, POD D, BED 201L | 06/19/2012 10:52:00 | JONES, SIMONE M |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 2, POD A, BED 212T | 08/20/2012 10:27:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD D, BED 104L | 08/28/2012 14:55:00 | JENKINS, TIJUANA R |
| Incident | On 08-31-12 at approximately 2255 hours Offender Carlos Fox#101889 was transported to Rush Medical Center. Fox was seen earlier today in medical for a possible dislocated right shoulder. The offender was on standby because another transport was out. A tra | 08/31/2012 22:55:00 | BRYANT, BARRY B |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD B, BED 110T | 09/01/2012 17:00:00 | SMITH, DERRICK L |
| Incident | RVR 20341 Rule C2 Destroying or tampering with life safety equipment, locking or security devices by tampering with cell door and coming out of cell | 09/05/2012 20:30:00 | SCHAMBURA, ROBERT |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD B, BED 102L | 09/13/2012 12:01:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD B, BED 116L | 10/09/2012 16:13:00 | JENKINS, TIJUANA R |
| Incident | RVR 16001 Rule B11 Being in a restricted or unauthorized area by walking off HU-4 and going into main hallway | 11/05/2012 15:30:00 | SCHAMBURA, ROBERT |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 6, POD D, BED 211L | 11/26/2012 07:58:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 2, POD B, BED 103L | 11/26/2012 11:26:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 2, POD B, BED 210L | 11/29/2012 12:35:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 6, POD B, BED 116L | 12/03/2012 15:01:00 | JENKINS, TIJUANA R |
| No Movement Reason Found | EAST MISS. CCF, EMCF INTAKE, BED 309 | 12/07/2012 06:56:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD D, BED 105L | 12/11/2012 08:39:00 | JENKINS, TIJUANA R |
| No Movement Reason Found | EAST MISS. CCF, EMCF UNIT 1, POD C, BED 105L | 12/13/2012 11:16:00 | JENKINS, TIJUANA R |
| Incident | RVR 01289303 B25 inappropriate sexual behavior with another person or indecent exposure by masturbation. | 01/10/2013 16:07:00 | GRAHAM, JAIASHUNDA S |
| Expirtn Sent | CLOSED RECORD, CLOSED RECORD | 02/12/2013 12:05:00 | SHIVELY, MELISSA V |
| Release | Expiration Of Sentence | 02/12/2013 12:10:00 | ARMON, KIMBERLY |
| Booking | # C | 08/19/2013 08:26:00 | BARNETT, PRINCESS D |
| New Prisoner | NORTH MISSISSIPPI COUNTY JAIL, COAHOMA CJ | 08/19/2013 08:27:00 | BARNETT, PRINCESS D |
| New Prisoner | CMCF, CMCF 1A, BLD B, ZONE HA, BED 0009 | 08/28/2013 14:23:00 | SMITH, SHELBY |
| Administrative Move | CMCF, CMCF WMN, BLD B, ZONE HB, BED 0103 | 09/11/2013 02:45:00 | SMITH, DORIS ANN |
| Administrative Move | CMCF, CMCF 1A, BLD B, ZONE HB, BED 0103 | 09/11/2013 02:45:00 | SMITH, DORIS ANN |
| Administrative Move | SMCI | 10/18/2013 08:20:00 | SMITH, SHELBY |
| Administrative Move | SMCI, SMCI 2, BLD B2, ZONE B, BED 0103 | 10/18/2013 15:00:00 | TAYLOR, DRUETTA |
| Administrative Move | SMCI, SMCI 2, BLD D2, ZONE B, BED 0153 | 11/05/2013 11:03:00 | MYERS, SYNTHIA |
| Administrative Move | SMCI, SMCI 2, BLD D1, ZONE B, BED 0175 | 11/24/2013 13:25:00 | MYERS, SYNTHIA |
| No Movement Reason Found | SMCI, SMCI 2 INFIRMARY | 12/23/2013 21:30:00 | JOHNSON, RUBY |

Page 3 continued on Page 4

## Drill Down Detail Report
## FOXX, CARLOS   -   07/15/2015 12:36

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Medical Release | SMCI, SMCI 2, BLD D1, ZONE B, BED 0175 | 12/24/2013 18:45:00 | TAYLOR, DRUETTA |
| Administrative Move | SMCI, SMCI 2, BLD E1, ZONE A, BED 0089 | 12/26/2013 16:59:00 | TAYLOR, DRUETTA |
| Administrative Move | SMCI, SMCI 2, BLD C2, ZONE B, BED 0122 | 01/18/2014 17:00:00 | COBB, LAKENYA |
| Administrative Move | SMCI, SMCI 2, BLD E1, ZONE B, BED 0121 | 01/31/2014 12:35:00 | MYERS, SYNTHIA |
| Administrative Move | SMCI, SMCI 2, BLD D2, ZONE B, BED 0147 | 02/05/2014 18:00:00 | JOHNSON, RUBY |
| Administrative Move | SMCI, SMCI 2, BLD D1, ZONE A, BED 0036 | 03/22/2014 14:50:00 | JOHNSON, RUBY |
| Administrative Move | SMCI, SMCI 1, BLD 10, ZONE B, BED 0132 | 03/24/2014 19:56:00 | RICHARDSON, SHERRY |
| IN Transit | CMCF, CMCF 720, BLD C, ZONE D, BED 0319 | 03/27/2014 14:45:00 | WASHINGTON, VENETTA V |
| IN Transit | EAST MISS. CCF | 03/28/2014 08:51:00 | WASHINGTON, VENETTA V |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD C, BED 214T | 03/28/2014 14:46:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD C, BED 116L | 06/23/2014 11:34:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD C, BED 217L | 07/11/2014 19:22:00 | GOWDY, FREDRICK A |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD C, BED 211L | 07/31/2014 02:45:00 | GOWDY, FREDRICK A |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD A, BED 106T | 08/21/2014 17:03:00 | GOWDY, FREDRICK A |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD A, BED 205L | 08/27/2014 22:38:00 | GOWDY, FREDRICK A |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD A, BED 106L | 09/20/2014 03:30:00 | GOWDY, FREDRICK A |
| Incident | On 10-30-2014 at approximately 1045 hours Sgt. Rosylyn Delaine reported that Offender Bruce Anderson #189633 housed on housing unit 4 Alpha pod approached the door of the pod stating he had been in an altercation with Offender Carlos Fox #101889. Also ho | 10/30/2014 10:45:00 | NAIDOW, MATTHEW W |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD B, BED 110L | 10/30/2014 14:50:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD D, BED 110L | 10/30/2014 14:50:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 5, POD B, BED 103L | 01/10/2015 14:31:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 2, POD D, BED 209T | 02/03/2015 08:12:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 2, POD D, BED 107L | 02/03/2015 08:21:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 2, POD D, BED 106T | 02/11/2015 10:01:00 | JENKINS, TIJUANA R |
| Incident | RVR# 01579769   B11   B11 - Being in a restricted or unauthorized area ON 2/11/15 @ APPROX 1132 HRS, OFFENDER, CARLOS FOXX #101889, EXISTED THE POD OF HU2 DELTA WITHOUT PERMISSION | 02/11/2015 11:32:00 | AMOS, VANESSA L |
| Incident | RVR# 01579769   B11   B11 - Being in a restricted or unauthorized area ON 2/11/15 @ APPROX 1132 HRS, OFFENDER, CARLOS FOXX #101889, EXITED THE POD OF HU2 WITHOUT AUTHORIZATION FROM STAFF. | 02/11/2015 11:32:00 | AMOS, VANESSA L |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 5, POD B, BED 104L | 02/23/2015 08:12:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 5, POD B, BED 209L | 02/26/2015 08:28:00 | JENKINS, TIJUANA R |
| Administrative Error | EAST MISS. CCF, EMCF UNIT 6, POD D, BED 107L | 03/03/2015 14:28:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 1, POD D, BED 111L | 05/14/2015 11:29:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD C, BED 113T | 07/07/2015 | JENKINS, TIJUANA R |

Page 4 continued on Page 5

## Drill Down Detail Report
## FOXX, CARLOS - 07/15/2015 12:36

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Administrative Move | EAST MISS. CCF, EMCF UNIT 4, POD B, BED 216T | 11:28:00 07/07/2015 | JENKINS, TIJUANA R |
| Administrative Move | MSP | 14:05:00 07/08/2015 | HILL, CATHY |
| Administrative Move | MSP, UNIT 29 | 09:50:00 07/08/2015 14:01:00 | WILLIAMS, CATRINA |
| Administrative Move | MSP, UNIT 29, BLD E, ZONE A, BED 0062 | 07/08/2015 14:47:00 | GIBBS, SHANIQUA |