# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Incident Report

July 15, 2015

**Facility:** MSP
**Begin Date:** 12/15/2014
**End Date:** 07/15/2015

**Inmate:** FOXX, CARLOS
**ID:** 101889
**SID:**
**FBI ID:** 745623CC7
**SSN:**

| Date | Time | Incident | Facility and Location of Incident | Description |
|---|---|---|---|---|
| 2015/02/11 | 11:32 | B11 - Being in a restricted or unauthorized area | East Miss. CCF / East Miss. CCF | RVR# 01579769  B11  B11 - Being in a restricted or unauthorized area<br>ON 2/11/15 @ APPROX 1132 HRS, OFFENDER, CARLOS FOXX #101889, EXISTED THE POD OF HU2 DELTA WITHOUT PERMISSION |
| 2015/02/11 | 11:32 | B11 - Being in a restricted or unauthorized area | East Miss. CCF / East Miss. CCF | RVR# 01579769  B11  B11 - Being in a restricted or unauthorized area<br>ON 2/11/15 @ APPROX 1132 HRS, OFFENDER, CARLOS FOXX #101889, EXITED THE POD OF HU WITHOUT AUTHORIZATION FROM STAFF. |



EXHIBIT
D

Page 1 of 1

ODCCRINCDOEPI595